AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Marie Guerdie Chirac

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-12263 PBS

TO: (Name and address of Defendant)

Marie Guerdie Chirac
46 Revere Street
Holbrook, MA 02343

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE NOV 1 4 2003

(By) DEPUTY CLERK

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

December 8, 2003

I hereby certify and return that on 12/5/2003 at 11:01 am I served a true and attested copy of the summons, complaint, civil action cover sheet & corporate disclosure in this action in the following manner: To wit, by delivering in hand to Marie Guerdie Chirac at 46 Revere Street Holbrook, MA 02343. Conveyance ($1.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($10.24) Total Charges $47.74

*Deputy Sheriff*

**Deputy Sheriff Ronald Goguen**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                             Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.